*Ferdinand Tannenbaum, James F. Donnelly, Merwin Lewis* and *Joseph H. Crown* for motion for leave to appeal and *James F. Donnelly* in opposition to motion to dismiss appeal.

*Nathaniel L. Goldstein, Attorney-General (John C. Crary, Jr.,* and *Wendell Brown* of counsel), in opposition to motion for leave to appeal and for motion to dismiss appeal taken as of right.

Motion for leave to appeal dismissed, with $10 costs and necessary printing disbursements, upon the ground that an appeal lies as of right.

Motion to dismiss appeal denied.

In the Matter of the Estate of GUSTAVE HERTER, Deceased. TOM C. CLARK, Attorney General of the United States, as Successor to the Alien Property Custodian, Appellant; PAUL VAN ANDA, as Administrator with the Will Annexed of GUSTAVE HERTER, Deceased, et al., Respondents.

Submitted February 27, 1950; decided April 6, 1950.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 300 N. Y. 532.]

HARRY VAN ARSDALE, JR., Respondent, *v.* ALBERT J. FITZGERALD, as President of United Electrical Radio and Machine Workers of America, C.I.O., Appellant, et al., Defendants.

Submitted April 3, 1950; decided April 6, 1950.